UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KYLE ROBBINS,<br><br>            Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>            Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-6-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on November 19, 2024 [D.E. 16], the court ADOPTS the conclusions in the M&R [D.E. 15] and REMANDS the action to the commissioner.

This Judgment filed and entered on November 19, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

November 19, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk