UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KYLE ROBBINS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-6-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $4,600.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $405.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Aaron L. Dalton, and mailed to his office at P.O. Box 4537, Mooresville, NC 28117, in accordance with Plaintiffs assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

This Judgment filed and entered on March 13, 2025, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

| | |
|---|---|
| March 13, 2025 | Peter A. Moore, Jr.<br>Clerk of Court |
| | By: /s/ Stephanie Mann<br>Deputy Clerk |